**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kerri Kenyon, Marques Kennedy, LeVaughn Blanding, Jr., Joshua Caldwell, Morgan Caldwell, Gary Linn, and Kimberly Linn,

Of whom LeVaughn Blanding, Jr. is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000072

———————

Appeal From Clarendon County
Thomas M. Bultman, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-281
Submitted June 17, 2022 – Filed June 27, 2022

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Jessica Leigh Birt, of Summerville, and Lauren Felder Shaw, of Chandler & Shaw, LLC, of Manning, both for the Guardian ad Litem.

---

**PER CURIAM:**  LeVaughn Blanding, Jr. appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Blanding's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.